# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA DANNER,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| NANCY BERRYHILL,[1]<br>**Acting Commissioner of Social Security Administration,**<br>　　　　Defendant. | NO. 15-6607 |

## O R D E R

**AND NOW**, this 20th day of June, 2017, upon consideration of Plaintiff's Brief and Statement of Issue in Support of Request for Review (Doc. No. 9, filed Apr. 6, 2016),[2] Defendant's Response to Request for Review of Plaintiff (Doc. No. 10, filed May 9, 2016), Plaintiff's Reply Brief (Doc. No. 12, May 17, 2016), and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated February 15, 2017 (Doc. No. 13), Plaintiff's Objections to the Magistrate Judge's Report and Recommendations (Doc. No. 14, filed Mar. 1, 2017), Defendant's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 16, filed Mar. 10, 2017), Defendant's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 18, filed Mar. 24, 2017), and the record in this case, for the reasons stated in the accompanying Memorandum dated June 20, 2017, **IT IS ORDERED** as follows:

---

[1] Nancy Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy Berryhill is substituted for Carolyn W. Colvin as defendant in this suit.

[2] Plaintiff filed a Brief and Statement of Issues in Support of Request for Review but did not file an actual Motion or Request for Review. Plaintiff's Brief states on the second page that "this matter is appropriately before the Court for review under 42 U.S.C. § 405(g)." The Court thus construes the Brief as a Request for Review.

1. The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated February 15, 2017, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge are **OVERRULED**;

3. Plaintiff's Request for Review is **DENIED**; and,

4. **JUDGMENT IS ENTERED IN FAVOR** of defendant, Nancy Berryhill, Acting Commissioner of Social Security, and **AGAINST** plaintiff, Angela Danner.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                **BY THE COURT:**

                **/s/ Hon. Jan E. DuBois**

                   **DuBOIS, JAN E., J.**